UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AIR EVAC EMS, INC., d/b/a ) <br> AIR EVAC LIFETEAM, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KENNETH D. ROBINSON, M.D., ) <br> COMMISSIONER OF HEALTH ) <br> AND TENNESSEE BOARD OF ) <br> EMERGENCY MEDICAL SERVICES, ) <br> ) <br>     Defendants. ) | Case No. 3:06-0239 <br> Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Plaintiff's Motion for Reconsideration of Court's Denial, in Part, of Plaintiff's Motion for Leave to File Amended Complaint (Docket No. 19) is **DENIED**.

It is so ordered.

Enter this 23rd day of October 2006.

                                              ALETA A. TRAUGER
                                              United States District Judge