UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AIR EVAC EMS, INC., d/b/a ) <br> AIR EVAC LIFETEAM, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KENNETH D. ROBINSON, M.D., ) <br> COMMISSIONER OF HEALTH ) <br> AND TENNESSEE BOARD OF ) <br> EMERGENCY MEDICAL SERVICES, ) <br> ) <br>     Defendants. ) | Case No. 3:06-0239 <br> Judge Trauger |

### ORDER

For the reasons expressed in the accompanying Memorandum, the Defendants' Motion to Dismiss or for Summary Judgment (Docket No. 30) is **DENIED** and the Plaintiff's Motion for Summary Judgment (Docket No. 34) is **GRANTED**.

It is so ordered.

Enter this 7th day of May 2007.

ALETA A. TRAUGER
United States District Judge